# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees on Behalf of Teamsters Benefit Trust,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Patterson Heavy Haul, Inc.,<br><br>　　　　Defendant. | Case No. 2:18-cv-02450-JAM-DB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** that default judgment is hereby **ENTERED** against defendant Patterson Heavy Haul, Inc. and that Plaintiff recover from Defendant the total amount of $6,692.41.

November 15, 2018

MARIANNE MATHERLY
CLERK OF COURT

By: s/ M. York
　　　Deputy Clerk