CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: chozhauser@beesontayer.com
Email: chammer@beesontayer.com

Attorneys for Plaintiff TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AT SACRAMENTO**

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON HEAVY HAUL, INC.,<br><br>Defendant. | Case No. 2:18-cv-02450-JAM-DB<br><br>**ORDER RE PLAINTIFF'S EX PARTE MOTION TO EXTEND DEADLINE OF RULE 26(f) JOINT CASE MANAGEMENT REPORT** |

Having considered Plaintiff's Ex Parte Motion and Declaration of Christopher O. Hammer in support thereof, the Court finds good cause exists to extend the deadline of the Rule 26(f) Joint Case Management Report for sixty (60) days.

**IT IS SO ORDERED.**

Dated: 11/26/2018          /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Court Judge